DEFT: LEONEL GARCES (J)#          CASE NO: 00-4173-BSS
AUSA: Tom Lanigan *present*       ATTNY: Marty Bidwell
AGENT: DEA                        VIOL:
PROCEEDING: Initial Appearance    BOND REC:
BOND HEARING HELD – yes/no        COUNSEL APPOINTED: FPD
____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
    ____ Electronic Monitoring

X – advised of charges
X – Sworn for counsel

(Circle One)
Interpreter Request
No Interpreter
Not Known
(signature) Daniel
(Sign Language)

NEXT COURT APPEARANCE:   DATE:          TIME:           JUDGE:
INQUIRY RE COUNSEL:                     11:00
PTD/BOND HEARING:        7-18-00        10:30am         SNOW
PRELIM/ARRAIGN. OR RE:   7-21-00        11:00am         Snow
STATUS CONFERENCE:

DATE: 7-11-00    TIME: 11:00am    TAPE # 00-055    PG #

resume at 3:00 more 3:30    3200-3224
                            00-005
                            3500 - 3684