UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55397-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-4173-BSS
                          ) REPORT COMMENCING CRIMINAL
        -vs-              )          ACTION
                          )
LEONEL GARCES             )
                Defendant

****************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH    JUL 12 2000
    U.S. District Court      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
****************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7-11-00      am/pm

(2) Language Spoken: SPANISH

(3) Offense(s) Charged: PWID HEROIN

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 7-6-66

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 7-11-00   (9) Arresting Officer: _____
(10) Agency: DEA            (11) Phone: _____
(12) Comments: _____