UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4173-SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONEL GARCES,

    Defendant.

_____/

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Florida Bar No. 868795
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 13TH day of July, 2000, to United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Martin J. Bidwill