UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4173-SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONEL GARCES,

    Defendant.
_____/

**MOTION FOR TERMINATION OF**
**APPOINTMENT OF COUNSEL**

    The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Leonel Garces, be terminated as the Defendant has retained Ronald Gainor, Esq., to represent him in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant
Federal Public Defender
Florida Bar No. 868795
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was delivered by hand on this ____ day of July, 2000, to United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Ronald Gainor, Esq.

_____
Martin J. Bidwill