UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4173-SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONEL GARCES,

    Defendant.
_____/



### ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Leonel Garces, has retained Ronald Gainor, Esq., to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this 18th day of July, 2000 at Fort Lauderdale, Florida.

                                                            *Lurana S. Snow*
                                                            LURANA S. SNOW
                                                            UNITED STATES MAGISTRATE JUDGE

cc:    Martin J. Bidwill, AFPD
       AUSA
       Ronald Gainor, Esq.