```
                                    UNITED STATES DISTRICT COURT
UNITED STATES OF AMERICA,     :     SOUTHERN DISTRICT OF FLORIDA

v.                            :
                                    CASE NO.  00 4173-BSS
  LEONEL  GARCES              :
```

NOTICE OF ~~TEMPORARY~~ permanent
APPEARANCE AS COUNSEL

*[FILED by ___ D.C. JUL 18 2000 CLARENCE MADDOX S.D. OF FLA. FT. LAUD.]*

COMES NOW __Ronald Gaynor__ and files this ~~temporary~~ **permanent** appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) __Ron Gaynor__

Counsel's Signature _____

Address __150 West Flagler # 2701__
__Miami__ __Fla__   Zip Code: __33130__

Telephone __(305) 371-4244__