TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6196 CR-FERGUSON**

21 USC 841(a)(1)
18 USC 2

MAGISTRATE JUDGE
**SNOW**

UNITED STATES OF AMERICA   )
                           )
            Plaintiff,     )
vs.                        )
                           )
LEONEL GARCES,             )
                           )
            Defendant.     )
_____)

### INDICTMENT

The Grand Jury charges that:

On or about July 11, 2000, in Broward County, in the Southern District of Florida, the defendant,

LEONEL GARCES,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, in excess of 100 grams of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18,



United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.
**Leonel Garces**                 **CERTIFICATE OF TRIAL ATTORNEY***

_____      **Superseding Case Information**:

Court Division: (Select One)      New Defendant(s)    Yes ___   No ___
                                  Number of New Defendants  ___
___ Miami  ___ Key West           Total number of counts    ___
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _____
   List language and/or dialect        SPANISH

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I    0 to 5 days      _X_       Petty     ___
   II   6 to 10 days     ___       Minor     ___
   III  11 to 20 days    ___       Misdem.   ___
   IV   21 to 60 days    ___       Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) YES
   If yes:
   Magistrate Case No.  00-4173-BSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of ___July 11, 2000___
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___NO___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami?  ___Yes _X_ No

                              _____
                              THOMAS P. LANIGAN
                              ASSISTANT UNITED STATES ATTORNEY
                              Court No. A5500033

*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: **Leonel Garces**    Case No.: _____

Count #: **1**
**21 U.S.C. § 841(a)(1), 18 U.S.C. § 2**   **Possession with intent to distribute heroin.**

*Max. Penalty: **Mandatory minimum of five years' up to forty years' imprisonment and $2,000,000 fine.**
================================================================
Count #:

_____

*Max. Penalty:
================================================================
==
Count #:
___

_____

___

*Max. Penalty:
================================================================
==
Count #:
___

_____

___

*Max. Penalty:
================================================================
=
Count #:
___

_____

___

*Max. Penalty:
================================================================
==
    *Refers only to possible term of incarceration, does not
    include possible fines, restitution, special assessments,
    parole terms, or forfeitures that may be applicable.
================================================================