**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | LEONEL GARCES (J) | CASE NO: | 00-4173-BSS  00-6196-CR-WDF |
| AUSA: | TOM LANIGAN  pres | ATTY: | FPD  Ron Gainor  perm |
| AGENT: | | VIOL: | app. filed |
| PROCEEDING: | PTD HEARING | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes (no) | | COUNSEL APPOINTED: | |
| BOND SET @: | 200,000 CSB w/ Nebb | To be cosigned by: | |

FILED by JUL 18 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Stipulated bond set w/ gov't reserving right to renew request for PTD should deft seek to post the bond

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Circle One)
Interpreter Requested ✓
No Interpreter
Not Known
Spanish
(Spec Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 8-2 | 11 | BSS | |

DATE: 7/18/00   TIME: 11:00   FTL/LSS TAPE # 00 - 038   Begin: 1077   End: 1143

11