UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6196-CR-FERGUSON

UNITED STATES OF AMERICA

vs

LEONEL GARCES

*FILED by ___ 
JUL 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.*

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JULY 18, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____RONALD GAINOR, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____STIPULATED 200,000 CSB w/NEBBIA_____

Bond hearing held: yes_____ no_X__ Bond hearing set for_____

Dated this __18TH__ day of __JULY_____, 2000.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By: _Penny Butler_____
                                    Deputy Clerk

                                Tape No. ____00-038_____

cc: Copy for Judge
    U. S. Attorney

12