SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
NOV 17 2000

CASE # _OO-6196-CR-10__

DEFENDANT _Leonel Garces_     JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_     DATE _November 17, 2000_

Court Reporter _Paul Haferling_     USPO _Tracey Webb_

AUSA _Tom Lanigan_     Deft's Counsel _Ronald Gainor, Esq._

COUNTS DISMISSED _All Others_
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

_Right to appeal_

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months _48_ | Counts |

| Supervised Release | _2 yrs see PSC for details_ |

| Probation | Years | Months | Counts |

Comments _____

Assessment $ _100.00_     Fine $ _None_

Restitution /Other _____

### CUSTODY
_X_ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

22